**UNITED NATIONAL BANK OF LONG ISLAND, Appellant, v. Stanley W. PAYNE, Appellee.**
**No. 83.**

Circuit Court of Appeals, Second Circuit.
Nov. 16, 1942.

George Foster, Jr., of New York City, and Priest & Carson, of Forest Hills, N. Y. (Arthur H. Priest, of Forest Hills, N. Y., of counsel), for appellant.

Thomas D. Austin and Austin & Du Pont, all of Jamaica (Stephen J. Masse, of Jamaica, of counsel), for appellee.

Before L. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order, 48 F.Supp. 360, affirmed on opinion below.